IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

FRED STANFORD SPICER, *a prisoner incarcerated at the Mississippi State Penitentiary in Parchman, Mississippi*     PETITIONER

v.     CIVIL ACTION NO: 1:13CV377LG-JCG

MARSHALL L. FISHER, *Commissioner, Mississippi Department of Corrections*, and JIM HOOD, *Attorney General of the State of Mississippi*     RESPONDENTS

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Court's Memorandum Opinion and Order, entered herewith dismissing with prejudice Petitioner Fred Stanford Spicer's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254,

**IT IS ORDERED AND ADJUDGED** that Petitioner Fred Stanford Spicer's habeas corpus petition is **DENIED** and this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 15th day of October, 2018.

                                                 s/ *Louis Guirola, Jr.*
                                                 LOUIS GUIROLA, JR.
                                                 UNITED STATES DISTRICT JUDGE